**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00542-CV
_____

### AMERICAN ACCESS CASUALTY COMPANY, Appellant

### V.

### CIRIACA A.GONGORA O/B/O JOSE V. SORIA-MORAN, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-03396**

## ORDER

The reporter's record in this case was due August 20, 2018. *See* Tex. R. App. P. 35.1. On August 27, 2018, we ordered Amanda King to file the record within 15 days. The record has not been filed.

Accordingly, we order **Amanda King**, the official court reporter, to file the record in this appeal by **October 12, 2018**. No further extensions will be entertained absent extraordinary circumstances. The trial and appellate courts are jointly

responsible for ensuring the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If King does not timely file the record, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM